MARY A. WOODGATE, INDIVIDUALLY AND AS EXECUTRIX, ETC., AND ANOTHER, RESPONDENTS, *v.* MELANCTHON FLEET AND OTHERS, APPELLANTS.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

This case has already been passed upon by the General Term (11 Abb. Pr. [N. S.], 52), and the Commission of Appeals (44 N. Y., 1). The General Term *held* that the only question presented upon this appeal — the validity of a trust deed — had been already passed upon, and affirmed the judgment.

*Wm. H. Onderdonk,* for the appellants.

*Dennis McMahon,* for the respondents.

Opinion by DONOHUE, J.

Present — BARNARD P. J., TAPPEN and DONOHUE, JJ.

TAPPEN, J., dissented.

Judgment affirmed, with costs.